# United States Bankruptcy Court
## of the
## Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: APRIL I. MARTINEZ  
4520 COUNTRY LANE  
POPLAR GROVE, IL  61065  

SSN-xxx-xx-5889

Case Number: 06-70897

Case filed on: 5/26/2006  
Plan Confirmed on: 8/21/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $34,992.62            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | BARRICK, SWITZER ET.AL. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | COTTONWOOD FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | HEIGHTS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | JAMES THOMPSON, ATTORNEY AT LAW | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | NATIONAL ENTERPRISE SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BOONE COUNTY TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | INTERNAL REVENUE SERVICE | 1,322.40 | 1,322.40 | 1,322.40 | 0.00 |
|  | Total Priority | 1,322.40 | 1,322.40 | 1,322.40 | 0.00 |
| 999 | APRIL I. MARTINEZ | 0.00 | 0.00 | 805.76 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 805.76 | 0.00 |
| 001 | ABD FEDERAL CREDIT UNION | 11,312.82 | 0.00 | 0.00 | 0.00 |
| 002 | ABD FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ABD FEDERAL CREDIT UNION | 10,828.67 | 10,828.67 | 10,828.67 | 776.28 |
| 004 | ABD FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ABD FEDERAL CREDIT UNION | 8,226.32 | 8,226.32 | 8,226.32 | 669.57 |
| 006 | ABD FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | OAKLAWN TRAILER PARK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 30,367.81 | 19,054.99 | 19,054.99 | 1,445.85 |
| 003 | ABD FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ABD FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | INTERNAL REVENUE SERVICE | 246.00 | 246.00 | 246.00 | 0.00 |
| 010 | AAM INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ACTION ON SITE FLEET SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | AFFILIATED SURGEONS OF ROCKFORD | 66.77 | 66.77 | 66.77 | 0.00 |
| 013 | AMERICASH LOANS LLC | 1,740.81 | 1,740.81 | 1,740.81 | 0.00 |
| 014 | AMERI CASH LOANS, L.L.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | AMERICAN CASH-N-GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | AMERICOLLECT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | AMERICOLLECT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ASPIRE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | BAKER, MILLER, MARKOFF & KRASNY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CALVARY PORTFOLIO SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CAPITAL ONE | 621.17 | 621.17 | 621.17 | Interest |
| 023 | CAPITOL CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | CHECK BROKERAGE CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | CREDIT PROTECTION ASSOC. LP | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | CREDITORS PROTECTION SERVICE, INC | 546.34 | 546.34 | 546.34 | 0.00 |
| 029 | PREMIER BANKCARD/CHARTER | 418.76 | 418.76 | 418.76 | 0.00 |
| 030 | PREMIER BANKCARD/CHARTER | 450.05 | 450.05 | 450.05 | 0.00 |
| 031 | HEIGHTS FINANCE | 251.52 | 251.52 | 251.52 | 0.00 |
| 034 | KOHL'S DEPARTMENT STORE | 371.72 | 371.72 | 371.72 | 0.00 |
| 035 | L ROBERT WARREN MD LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | MHS PHYSICIAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | MUTUAL MANAGEMENT SERVICES | 153.56 | 153.56 | 153.56 | 0.00 |
| 038 | MUTUAL MANAGEMENT SERVICES | 1,726.99 | 1,726.99 | 1,726.99 | 0.00 |
| 040 | NICOR GAS | 697.31 | 697.31 | 697.31 | 0.00 |
| 041 | OAKLAWN TRAILER PARK | 680.00 | 680.00 | 680.00 | 0.00 |
| 042 | ROCKFORD GASTROENTEROLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | ROCKFORD HEALTH PHYSICIANS | 200.24 | 200.24 | 200.24 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---:|---:|---:|---:|
| 044 | AMERICAN MEDICAL GROUP | | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | TRS RECOVERY SERVICES, INC. | | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | UNIVERSAL FIDELITY LP | | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | AFNI/VERIZON | | 157.84 | 157.84 | 157.84 | 0.00 |
| 048 | AFNI/VERIZON WIRELESS | | 1,231.81 | 1,231.81 | 1,231.81 | 0.00 |
| 050 | SECURITY FINANCE | | 240.00 | 240.00 | 240.00 | 0.00 |
| 051 | CAMELOT RADIOLOGY ASSOC. | | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | QUEST DIAGNOSTICS | | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | CREDITORS BANKRUPTCY SERVICE | | 352.14 | 352.14 | 352.14 | 0.00 |
| | | Total Unsecured | 10,153.03 | 10,153.03 | 10,153.03 | 0.00 |
| | | Grand Total: | 41,843.24 | 30,530.42 | 31,336.18 | 1,445.85 |

Total Paid Claimant:     $32,782.03
Trustee Allowance:       $2,210.59
Percent Paid Unsecured:     100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009          By  /s/Heather M. Fagan